AO 442 (Rev. 01/09) Arrest Warrant

*105 20026*

# UNITED STATES DISTRICT COURT

for the

District of Nevada

REC'D USMS D/NV
2018 FEB 28 PM 02:47

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) |
| CEMONE CHAMPAGNE LEWIS | ) |
| Defendant | ) |
| | ) |

Case No. : 2:18-cr-00055-APG-GWF

_____ FILED        _____ RECEIVED
_____ ENTERED      _____ SERVED ON
COUNSEL/PARTIES OF RECORD

MAR - 6 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    CEMONE CHAMPAGNE LEWIS
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 922(g)(1) and 924(a)(2) - Felon in Possession of a Firearm

DEBRA K. KEMPI

**CLERK**

*[signature]*

**(By) DEPUTY CLERK**

2/28/2018 Las Vegas, NV

**DATE**

| Return |
|---|

This warrant was received on *(date)* __2/28/18__ , and the person was arrested on *(date)* __3/5/18__
at *(city and state)*    __LAS VEGAS, NV__     .

Date: __3/5/18__

*[signature]* MB
fL

**Arresting officer's signature**

ATF

**Printed name and title**