# EXHIBIT A

# EXHIBIT A

## LAS VEGAS METROPOLITAN POLICE DEPARTMENT
## ARREST REPORT

☐ City     ☒ County     ☒ Adult     ☐ Juvenile     Sector/Beat: M3

| ID/EVENT# | ARRESTEE'S NAME (Last) | (First) | (Middle) | S.S.# |
|---|---|---|---|---|
| 7050901 | Lewis | Cemone | C | |

**ARRESTEE'S ADDRESS** (Number, Street, City, State, Zip Code)

**CHARGES:** Exfelon Fail to Register Address Change, Prohibited Person in Possession of a Firearm And Carry Concealed Weapon

| OCCURRED DATE | DAY OF WEEK | TIME | LOCATION OF ARREST (Number, Street, City, State, Zip Code) |
|---|---|---|---|
| 02/01/2018 | Thursday | 1705 | 125 E Harmon Ave Las Vegas NV, 89109 |

| RACE | SEX | D.O.B. | HT. | WT. | HAIR | EYES | PLACE OF BIRTH |
|---|---|---|---|---|---|---|---|
| B | M | | 6'4 | 245 | Black | Brown | Chicago, Il |

| ARRESTING OFFICER #1: | P#: | ARRESTING OFFICER #2: | P#: |
|---|---|---|---|
| E. Nahum | 15484 | J. Deavers | 15849 |

**CONNECTING REPORTS** (Type or Event Number)
Felony Arrest Packet, 180201-3131

**APPROVED BY** (PRINTED NAME):

**CIRCUMSTANCES OF ARREST:**

LVMPD Involved:

E. Nahum P#15484
J. Deavers P#15849
Det. N. Brigandi P#12933
Det. C. Vaughan P#14032

Property Impounded:

Ruger LCP2 Semiautomatic firearm
Serial number: 380108493
Caliber: .380
6 round magazine loaded with 4 rounds

010

**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
**CONTINUATION REPORT**

ID/EVENT #: ___7050901___



Suspect:

Cemone Lewis DOB



Details of the Incident:

\*\*\*BWC AVAILABLE\*\*\*

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
## CONTINUATION REPORT

ID/EVENT #: _____7050901_____

On 02/01/2018 at approximately 1630 hours I, Officer E. Nahum P#15484 was working as marked patrol unit 3M13 were conducting proactive enforcement at the Harbor Island apartments located at 370 E Harmon Ave Las Vegas NV, 89109. While at the Harbor Island apartments we observed a silver Infinity M45 which was bearing NV temporary placard NW-283-429 which was parked in a handicap spot without a handicap placard as is required to use said parking spots just south of the "A" building. For this reason I was going to issue the vehicle a parking citation at which point a male later identified as Cemone Lewis (DOB            ) walked towards the vehicle, I made eye contact with Lewis at which point he accelerated his pace, entered the vehicle and drove away towards Harmon Avenue.

I then went to my vehicle in an attempt to make a vehicle stop on the car and issue the parking citation at which point the vehicle exited the Harbor Island apartments at a high rate of speed westbound onto Harmon Lane. I was able to catch up to the vehicle at the intersection of Harmon Avenue and Koval Lane and finally was able to perform the vehicle stop at 125 E Harmon just west of Koval Lane and made contact with Lewis. Upon my approach with Officer Deavers to the vehicle Lewis only rolled the window approximately 4-5 inches, Lewis already had his driver's license and vehicle documents in his hands upon the initial approach. I explained to Lewis that the reason I was stopping him was due to the fact that he was parked in a handicapped parking spot at which point Lewis pushed his documents out of the small crack of the window and told me to issue him the ticket. Lewis was fidgety and was noncompliant to our verbal commands I asked him why he was apprehensive towards Officers and asked him to exit the vehicle. Lewis refused to exit the vehicle at which point I requested for more Officers to assist with the call, while waiting for more Officers I asked Lewis several times to place his hands on the steering wheel where they could remain visible but he also refused to comply with my lawful orders. Lewis eventually exited the vehicle at which point Officers Deavers placed him in handcuffs due to his temperament and Lewis not complying with Officers verbal commands.

Once Lewis was out of the vehicle I conducted a records check on Lewis and CIU Detective N. Brigandi P#12933 was contacted due to Lewis being trespassed from the Cromwell on 1/23/2018. Detective Brigandi advised that Lewis is a multiple time ex-felon who was currently in violation of 179C requirements, failing to register as an ex-felon within 48 hours. Due to the fact that he is currently living in Las Vegas even though he identified himself with an Illinois driver's license. Lewis was placed under arrest for said violation.

Officer Deavers performed search incident to lawful arrest at which point he located a Ruger LCP2 firearm (serial number 380108493) in Lewis' groin area after performing an "A" frame sweep. Officer Deavers felt what he believed through his training and experience to be the metal part of the firearms barrel and asked Lewis what the item was Lewis stated that what Officer Deavers felt was "his dick". Officer Deavers immediately recovered the item and confirmed that in was in fact a semiautomatic firearm and Lewis was placed into the back of the car.

On 2/1/2018 at approximately 1837 hours Detective N. Brigandi P# 12933, and B. Schuelle P# 14456 conducted a taped interview with Lewis. The following is a summation of the interview which was submitted for transcription:

Lewis was read his custodial rights from an LVMPD issued Miranda card. Lewis stated "Yeah." During the course of the interview Lewis stated he was stopped by officers for parking in a Handicap parking space at 370 E. Harmon, Las Vegas, NV, 89169. Lewis stated he is an Ex-Felon out of Chicago for Aggravated Assault on a Police Officer with a Firearm, and for Narcotics (Cocaine.) Lewis acknowledged he had the firearm concealed in his underwear next to his genitals. Lewis stated the firearm was a Ruger .380, purchased by his

girlfriend Kayla. Lewis said the reason he had the firearm was for protection due to recent feuds with known gang members on social media. Additionally Lewis stated he had been living in NV, for the past year.

A routine records check indicated that Lewis is a convicted felon out of Chicago for the Following:

1. Aggravated Assault on Police Officer with Firearm, 2011, Chicago.

2. PCS 15<100 Grams Cocaine, 2009, Chicago.

(JOC Attached.)

Lewis was arrested for the following offenses:

Own / Possess F/A By Prohibited Person (Ex-Felon) NRS. 202.360.1, due to the fact that Lewis is a convicted felon out of Chicago for Aggravated Assault on Police Officer with Firearm, 2011, and PCS 15<100 Grams Cocaine, 2009, Chicago and was in possession of a Ruger .380, Semi Auto Handgun, Serial # 380108493.

CCW F/A NRS. 202.350.1D, due to the fact that Lewis had a Ruger .380, Semi Auto Handgun, Serial # 380108493, concealed in his underwear not discernable by ordinary observation.

Convicted Person (Ex-Felon) Fail to Register, due to the fact Lewis has been residing in NV, na dnot registered within 48 hours. Detectives were able to determine during the course of the investigation through interviews and records checks that Lewis had been residing in NV for the past year. Lewis Registered his 2009 Jaguar on 12/23/2017 with NV DMV. Lewis was arrested on Las Vegas Blvd. on 9/19/2017, Trespassed from Cromwell on 1/23/2018, and been residing per management at 5055 W. Hacienda #2210. Management stated Lewis moved out four months prior and caused numerous problems on property.

Park In Space Posted Handicap NRS. 484B.467, due to the fact Lewis parked his 2006 Infiniti in a Handicap parking space at 370 E. Harmon LV, NV, 89109, without a placard issued by the NV Department of Motor Vehicles.

Lewis was transported to CCDC / booked accordingly.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
# DECLARATION OF ARREST

Event #: LLV180201003131
I.D. #: 7050901

True Name: **LEWIS, CEMONE**   Date of Arrest: 02/01/2018   Time of Arrest: 1657

OTHER CHARGES RECOMMENDED FOR CONSIDERATION:
Other Charges

THE UNDERSIGNED MAKES THE FOLLOWING DECLARATIONS SUBJECT TO THE PENALTY FOR PERJURY AND SAYS: That I am a peace officer with the Las Vegas Metropolitan Police Department, Clark County, Nevada, being so employed for a period of 2 Years.

That I learned the following facts and circumstances which lead me to believe that the above named subject committed (or was committing) the offense(s) of Park In Spot Marked Handicap, Convicted Person fail to Register Address Change, Own/Possess firearm by a Prohibited Person, & Carry Concealed Weapon Firearm at the location of Harmon and Koval Las Vegas NV, 89109, and that the offense(s) occurred at approximately 1637 hours on the 1st day of February, 2018, in the:

[x] County of Clark     [ ] City of Las Vegas

DETAILS FOR PROBABLE CAUSE:

***BWC AVAILABLE***

On 02/01/2018 at approximately 1630 hours I, Officer E. Nahum P#15484 was working as marked patrol unit 3M13 were conducting proactive enforcement at the Harbor Island apartments located at 370 E Harmon Ave Las Vegas NV, 89109. While at the Harbor Island apartments we observed a silver Infinity M45 which was bearing NV temporary placard NW-283-429 which was parked in a handicap spot without a handicap placard as is required to use said parking spots just south of the "A" building. For this reason I was going to issue the vehicle a parking citation at which point a male later identified as Cemone Lewis (DOB          ) walked towards the vehicle, I made eye contact with Lewis at which point he accelerated his pace, entered the vehicle and drove away towards Harmon Avenue.

I then went to my vehicle in an attempt to make a vehicle stop on the car and issue the parking citation at which point the vehicle exited the Harbor Island apartments at a high rate of speed westbound onto Harmon Lane. I was able to catch up to the vehicle at the intersection of Harmon Avenue and Koval Lane and finally was able to perform the vehicle stop at 125 E Harmon just west of Koval Lane and made contact with Lewis. Upon my approach with Officer Deavers to the vehicle Lewis only rolled the window approximately 4-5 inches, Lewis already had his driver's license and vehicle documents in his hands upon the initial approach. I explained to Lewis that the reason I was stopping him was due to the fact that he was parked in a handicapped

Wherefore, Declarant prays that a finding be made by a magistrate that probable cause exists to hold said person for preliminary hearing (if charges are a felony or gross misdemeanor) or for trial (if charges are misdemeanor).

Declarant must sign all page(s) with an original signature.

E. NAHUM
Print Declarant's Name

Declarant's Signature

15484
P#

014

LVMPD 72A (Rev. 7/12) WORD 2010     (1) ORIGINAL - COURT

## LAS VEGAS METROPOLITAN POLICE DEPARTMENT
## CONTINUATION REPORT

Event #: LLV180201003131

ID#: 7050901

parking spot at which point Lewis pushed his documents out of the small crack of the window and told me to issue him the ticket. Lewis was fidgety and was noncompliant to our verbal commands I asked him why he was apprehensive towards Officers and asked him to exit the vehicle. Lewis refused to exit the vehicle at which point I requested for more Officers to assist with the call, while waiting for more Officers I asked Lewis several times to place his hands on the steering wheel where they could remain visible but he also refused to comply with my lawful orders. Lewis eventually exited the vehicle at which point Officers Deavers placed him in handcuffs due to his temperament and Lewis not complying with Officers verbal commands.

Once Lewis was out of the vehicle I conducted a records check on Lewis and CIU Detective N. Brigandi P#12933 was contacted due to Lewis being trespassed from the Cromwell on 1/23/2018. Detective Brigandi advised that Lewis is a multiple time ex-felon who was currently in violation of 179C requirements, failing to register as an ex-felon within 48 hours. Due to the fact that he is currently living in Las Vegas even though he identified himself with an Illinois driver's license. Lewis was placed under arrest for said violation.

Officer Deavers performed search incident to lawful arrest at which point he located a Ruger LCP2 firearm (serial number 380108493) in Lewis' groin area after performing an "A" frame sweep. Officer Deavers felt what he believed through his training and experience to be the metal part of the firearms barrel and asked Lewis what the item was Lewis stated that what Officer Deavers felt was "his dick". Officer Deavers immediately recovered the item and confirmed that in was in fact a semiautomatic firearm and Lewis was placed into the back of the car.

On 2/1/2018 at approximately 1837 hours Detective N. Brigandi P# 12933, and B. Schuelle P# 14456 conducted a taped interview with Lewis. The following is a summation of the interview which was submitted for transcription:

Lewis was read his custodial rights from an LVMPD issued Miranda card. Lewis stated "Yeah." During the course of the interview Lewis stated he was stopped by officers for parking in a Handicap parking space at 370 E. Harmon, Las Vegas, NV, 89169. Lewis stated he is an Ex-Felon out of Chicago for Aggravated Assault on a Police Officer with a Firearm, and for Narcotics (Cocaine.) Lewis acknowledged he had the firearm concealed in his underwear next to his genitals. Lewis stated the firearm was a Ruger .380, purchased by his girlfriend Kayla. Lewis said the reason he had the firearm was for protection due to recent feuds with known gang members on social media. Additionally Lewis stated he had been living in NV, for the past year.

A routine records check indicated that Lewis is a convicted felon out of Chicago for the Following:

1. Aggravated Assault on Police Officer with Firearm, 2011, Chicago.

Declarant must sign all page(s) with an original signature.

E. NAHUM
Print Declarant's Name

Declarant's Signature

15484
P#

015
Page 2 of 3

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
## CONTINUATION REPORT

Event #: __LLV180201003131__

ID #: __7050901__

2. PCS 15<100 Grams Cocaine, 2009, Chicago.

(JOC Attached.)

Lewis was arrested for the following offenses:

Own / Possess F/A By Prohibited Person (Ex-Felon) NRS. 202.360.1, due to the fact that Lewis is a convicted felon out of Chicago for Aggravated Assault on Police Officer with Firearm, 2011, and PCS 15<100 Grams Cocaine, 2009, Chicago and was in possession of a Ruger .380, Semi Auto Handgun, Serial # 380108493.

CCW F/A NRS. 202.350.1D, due to the fact that Lewis had a Ruger .380, Semi Auto Handgun, Serial # 380108493, concealed in his underwear not discernable by ordinary observation.

Convicted Person (Ex-Felon) Fail to Register, due to the fact Lewis has been residing in NV, na dnot registered within 48 hours. Detectives were able to determine during the course of the investigation through interviews and records checks that Lewis had been residing in NV for the past year. Lewis Registered his 2009 Jaguar on 12/23/2017 with NV DMV. Lewis was arrested on Las Vegas Blvd. on 9/19/2017, Trespassed from Cromwell on 1/23/2018, and been residing per management at 5055 W. Hacienda #2210. Management stated Lewis moved out four months prior and caused numerous problems on property.

Park In Space Posted Handicap NRS. 484B.467, due to the fact Lewis parked his 2006 Infiniti in a Handicap parking space at 370 E. Harmon LV, NV, 89109, without a placard issued by the NV Department of Motor Vehicles.

Lewis was transported to CCDC / booked accordingly.

Declarant must sign all page(s) with an original signature.

E. NAHUM
Print Declarant's Name

Declarant's Signature

15484
P#

016
Page 3 of 3