# EXHIBIT B

# EXHIBIT B
# Manually Filed