# EXHIBIT F

# EXHIBIT F

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
## VOLUNTARY STATEMENT
PAGE 1

EVENT#:  180201-3131
STATEMENT OF:  CEMONE LEWIS

**SPECIFIC CRIME:**

**DATE OCCURRED:**                          **TIME OCCURRED:**

**LOCATION OF OCCURRENCE:**
        **CITY OF LAS VEGAS**        **CLARK COUNTY**

**NAME OF PERSON GIVING STATEMENT:**   CEMONE LEWIS

| | |
|---|---|
| **DOB:** | **SOCIAL SECURITY #:** |
| **RACE:** | **SEX:** |
| **HEIGHT:** | **WEIGHT:** |
| **HAIR:** | **EYES:** |
| **WORK SCHEDULE:** | **DAYS OFF:** |
| **HOME ADDRESS:** | **PHONE 1:** |
| **WORK:** | **PHONE 2:** |

The following is the transcription of a tape-recorded interview conducted by DETECTIVE BRIGANDI, P# 12933, LVMPD CENTRAL INTELLIGENCE UNIT on , at XXXX hours. Also present is Detective Schnuelle, P #14456.

Q:     Operator, this is Detective N. Brigandi, P #12933, and Detective...

Q2:    Schnuelle.  P #14456.

Q:     Conducting a taped interview under event 180201-3131 at Harmon and Koval,

       which was a 467 initiated by Convention Center Area Command Patrol.  Ah,

       conducting a taped interview with Cemone Lewis.  Is that how you pronounce it?

A:     Mmm hmm.

Q:     C-E-M...

A:     O-N-E.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
**VOLUNTARY STATEMENT**
PAGE 2

EVENT#:  180201-3131
STATEMENT OF:  CEMONE LEWIS

Q:  ...O-N-E.  What's your social, man?

A:

Q:       ?

A:  Mmm hmm.

Q:  What's your phone number?

A:

Q:  97.  And where do you currently live?

A:  Um, I'm in the Harbor Islands, but...

Q:  Harbor Islands.  So that's              ı.  What unit?

A:  Ah,       .

Q:  How long have you been there?

A:  Just since yesterday.

Q:  What about prior to that?  Where were you staying?

A:

Q:                ?

A:  Mmm hmm.

Q:  When did you move out of there?

A:  Ah, well, when me and my girls get into it.

Q:  All right.  Ah, real quick, Cemone, or is that how you pronounce it?

A:  Yeah.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
## VOLUNTARY STATEMENT
PAGE 3

EVENT#:   180201-3131
STATEMENT OF:   CEMONE LEWIS

Q:    All right.  Because they got you in cuffs, man, and you're not free to leave you
have the right to remain silent.  Anything you say can be used against you in a
court of law.  You have the right to consult with an attorney before questioning.
You have the right to presence of attorney during questioning.  If you cannot afford
an attorney, one will be appointed to you before questioning.  You understand
your rights?

A:    Mmm hmm.

Q:    Hey, so, ah, I introduced myself to you earlier, man.  I work, um, up in the Intel
Section.  Used to work with like a lot of the gang stuff, and this is one of the, the
detectives here at the area command on the Strip.  So what's going on today?
These guys stopped you in, leaving Harbor Island?

A:    Mmm hmm.

Q:    Were you driving crazy?

A:    No.  I parked in a handicap.  I already saw.  I parked in the handicap.

Q:    Oh, well, you know what, that's meant for handicap people, some old lady or
something, man.

A:    (inaudible sound)

Q:    You know, _____?

A:    _____.

Q:    You don't have a handicap, right, or a plackard?

A:    Mmm mmm.

## LAS VEGAS METROPOLITAN POLICE DEPARTMENT
## VOLUNTARY STATEMENT
### PAGE 4

EVENT#:  180201-3131
STATEMENT OF:   CEMONE LEWIS

Q:     So you're wrong, right?

A:     Yeah.

Q:     All right.  Um, how long you been in Vegas?

A:     Oh, about a year back and forth.

Q:     About a year?  From Chicago?

A:     Mmm hmm.

Q:     Born and raised in Chicago, right?

A:     Yes sir.

Q:     Where else do you reside?

A:     Shit.  Here and there.

Q:     Here and Chicago?

A:     Mmm hmm.

Q:     You still have family out there?  Like you _____.

A:     Everybody.  I ain't got nobody here.

Q:     All right.  Um, I've been doing my homework and stuff, so like the 5055 West
       Hacienda, you and a girl moved out of there like four months ago, three months
       ago, right?

A:     Yeah.

Q:     Where you been at since then?

A:     Out here in these streets like...

Q:     Where do you lay your head at?

Voluntary Statement-No Affirmation- ISD/Word 07

034

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
## VOLUNTARY STATEMENT
PAGE 5

EVENT#: 180201-3131
STATEMENT OF: CEMONE LEWIS

A: I was sleeping in my car, or _____.

Q: Okay. And what happened to the Jaguar?

A: They, ah, repo'd it.

Q: Repo'd it. When?

A: Like two weeks ago.

Q: Okay. What's up with, ah, this, it's in the M45 Infinity?

A: Mmm hmm.

Q: When'd you get that?

A: Like a week ago.

Q: Lease'd it? Bought it?

A: Lease'd it.

Q: From?

A: I forgot _____ it was a, a car lot on Sahara.

Q: Is it an Infinity dealer, or...?

A: No. It was, he got different cars.

Q: What are they giving you a month on that?

A: Like five hundred.

Q: All right. So you just leased it this week?

A: Like a week ago.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
**VOLUNTARY STATEMENT**
PAGE 6

EVENT#:   180201-3131
STATEMENT OF:   CEMONE LEWIS

Q:   I'm just asking 'cause we've had stuff with these guys up here, ah, with, with the high end cars, with the Bentleys and the Rolls, and they're doing VIN switches, and all that nonsense, so...

A:   Yeah.  I ain't _____.

Q:   Ah...

A:   Yeah.  No.  All my shit's straight.  I didn't do none of that shit.  What these niggas got _____.

Q:   All right.  So you go by moniker _____, right?

A:   Mmm hmm.

Q:   Is that what everybody knows you as?

A:   Mmm hmm.

Q:   Even growing up in Chicago?

A:   Mmm Hmm.

Q:   And you're a rapper, right?

A:   Mmm hmm.

Q:   You signed to a specific label, or...?

A:   No.  I'm independent.

Q:   Independent.  How long you been rapping?

A:   Since I was a kid.

Q:   And what's up?  You a, ah, Gangsta Disciple, correct?

A:   Well, I really don't gang bang, but that's what I, you know what I'm saying.

036

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
**VOLUNTARY STATEMENT**
PAGE 7

EVENT#:   180201-3131
STATEMENT OF:   CEMONE LEWIS

Q:    Born into it, or...?

A:    Yeah, basically.

Q:    Jumped in or born in?

A:    Born in.

Q:    Okay.   What part of Chicago?

A:    South Side.

Q:    South side.   What do you have felony convictions for in, ah, Chicago?

A:    Mmm, crack case, and...

Q:    A crack case?

A:    Yeah.   And then, um...

Q:    How much time did you do on the crack case?

A:    Nothing.   I got probation _____.

Q:    Was it a conviction though?

A:    Yeah.   _____.

Q:    Felony?

A:    Mmm hmm.   And then aggravated assault with a firearm.   They lied and said I
      pointed the gun at 'em.

Q:    Aggravated assault on a police officer?

A:    (no audible response)

Q:    Is that a felony?

A:    Yeah.

**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
# VOLUNTARY STATEMENT
**PAGE 8**

EVENT#:   180201-3131
STATEMENT OF:   CEMONE LEWIS

Q:   How much time did you do on that?

A:   Like 18 months.

Q:   Was that Cook County, or you went to prison?

A:   I went to the peni-penitentiary.

Q:   What pen?

A:   Ah, Dickson Correctional Center.

Q:   Dickson Correctional.   Those the only convictions you have?

A:   Yep.

Q:   Rest of the stuff was all plead out, or dropped, or...

A:   Yeah.   A lot of miscellaneous bullshit.

Q:   When was the, ah, aggravated assault on the PO?

A:   2010.   _____.

Q:   That's a long time.

A:   Been in trouble since then.

Q:   Well, _____ tiff up here in Planet Hollywood or something, right, where the cops took you on a ticket or something one night.

A:   Yeah.

Q:   When was that?

A:   Um, the, ah, well, they, they just fucking, um, _____ sidewalk.   They was just being fucking stupid.

Q:   What, do you remember when that was?

A: In like September, or August, or some shit like that.

Q: September or August. Um, so the thing is, I mean you're a pretty high profile guy. You can go to your name, and you come up all over the internet and You Tube. Fair to say?

A: Yes sir.

Q: You know with the, with the music stuff, and stuff like that. There's been a open feud on the internet between you and _____.

A: Yeah.

Q: Are you guys cool you know his real name, and...

A: I don't know his real name, but _____ that's not no, no, it's not no beef _____.

Q: What, what's the, what's the beef between, ah, what's...

A: It was about Cardi B.

Q: Cardi B the rapper, right?

A: Yeah.

Q: Is that fair to say?

A: Yes sir.

Q: So you had some kind a previous relationship with Cardi?

A: My homie used to fuck her _____.

Q: Who's that?

A: _____, her ex-boyfriend.

Q: Tommy, _____, Tommy, ah, your boy from Chicago?

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
## VOLUNTARY STATEMENT
PAGE 10

EVENT#: 180201-3131
STATEMENT OF: CEMONE LEWIS

A: No. He's from New York.

Q: Is he? Tommy who?

A: Tommy Geez.

Q: Is he a rapper or producer?

A: Rapper now.

Q: Where is he from? The Bronx, or...

A: From Harlem.

Q: Harlem. So he was with her, and it created some kind of feud between you and him on the, ah...

A: No. I made a post, and I just posted, and I said, I said we been had your bitch. Know what I'm saying? That was it. They took it all over the internet, like I said I...

Q: Well, but he, he just got engaged to her, which has been all over everything, all over every news thing, and the internet thing too, right?

A: Yeah.

Q: So how do you think that would make him feel? You know what I mean.

A: I mean...

Q: Is it gonna start some kind a beef?

A: I mean I didn't really think _____ I didn't even really think that it was gonna, you know what I'm saying, do what it did, but shit.

Q: It blew up.

Voluntary Statement-No Affirmation~ ISD/Word 07

Case 2:18-cr-00055-APG-GWF  Document 28-6  Filed 07/19/18  Page 12 of 29

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
VOLUNTARY STATEMENT
PAGE 11

EVENT#: 180201-3131
STATEMENT OF: CEMONE LEWIS

A:  Yeah. It blew up.

Q:  It blew up.

A:  Bli-bigger than what I thought it was going to.

Q:  Okay. So the concern is is like they have residency here. They, they come here frequently and perform and stuff like that. I mean what's gonna go down if you guys cross paths in a club?

A:  I don't know. I'm not on that with 'em. Know what I'm saying. Ain't no telling what they might be on, know what I'm saying, or you know, how they feel. They was all, you know, it was, it was all fun and games with me like it's not nothing _____. Like he ain't killt nobody I know, or you know what I'm saying. They ain't did nothing, hurt nobody I know, so there is not no beef.

Q:  They're from, they're from Atlanta?

A:  Yeah. They're from the A.

Q:  Is he a GD?

A:  Yeah.

Q:  From Atlanta?

A:  Mmm hmm.

Q:  What about the rest _____?

A:  That's what I'm saying. How they gonna try to, you know what I'm saying, post me in all this shit talking about gang members, and all this shit, but I mean you know, money.

Voluntary Statement-No Affirmation~ ISD/Word 07

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
**VOLUNTARY STATEMENT**
PAGE 12

EVENT#:  180201-3131
STATEMENT OF:  CEMONE LEWIS

Q:     So it, it did escalate from, from you just joking around or clowning around about it
       with the original post...

A:     Yeah.

Q:     ...it escalated to the point now where it got a little out of control?

A:     Yeah.   But it really not _____ no control like, you know what I'm saying.

Q:     Just let me ask you this, so other than what we see in the, in the social media, or
       on the news, and stuff like that like on the side between you and him, or people
       associated with you and him, has people made threats?

A:     No.

Q:     No death threats or nothing?

A:     No.

Q:     Nothing amping it up?

A:     No.   Ain't never been a death threat about none of that shit, none of that.

Q:     Okay.   Did you know they were gonna be here this weekend?

A:     Yeah.

Q:     You plan on crossing paths with 'em, or you just...

A:     No.   I'm not paying 'em no attention, bro.

Q:     Stay in your lane, and...

A:     I swear to God on Je-on my kids I'm not paying them no attention like they're not
       on my mind like, you know what I'm saying?

Q:     Okay.

042

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
**VOLUNTARY STATEMENT**
PAGE 13

EVENT#:  180201-3131
STATEMENT OF:  CEMONE LEWIS

A:     It was all internet fun and games like, you know what I'm saying.

Q:     Where do you…

A:     They is one of the biggest artist's like, ah, group so, of course, you know what I'm saying.

Q:     _____.

A:     And they got 'em all fucking whatever they got a contract with Dre, so of course Dre is gonna feel some type of way like if they get hurt, or, or something happen like that, you know what I'm saying?   But…

Q:     _____ Dre's label?

A:     No.  I'm talking about at the club.

Q:     Oh.  _____.

A:     At the Cromwell.  'Cause people already called me like, man, they got your picture in here talking about some you a known gang banger, and woo, woo, woo, woo, woo, but, but like that shit ain't even…

Q:     Oh, I know.  I know.

A:     That shits not even as big as it…

Q:     And they're big.  They'll probably the biggest thing in Atlanta since Outkast, right?

A:     Man, they the biggest thing in, everywhere right now.   Shit.

Q:     Yeah.  I mean they're hot right now.

A:     And Cardi B.

Q:     _____.  So…

043

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
## VOLUNTARY STATEMENT
PAGE 14

EVENT#:  180201-3131
STATEMENT OF:  CEMONE LEWIS

A:	_____ was just a name.

Q:	_____.

A:	I didn't know it was gonna do that, but you know what I'm saying _____.

Q:	Was it Quavo?   Quavo got hit with a robbery at 1 Oak in New York last night, or the night before.

A:	He did?

Q:	Yeah.   Over some jewelry.   He owed some jeweler like thirty grand or something, and, ah…

A:	Oh, I ain't know that shit.

Q:	…they beat this dude, and took his chain or something.

A:	They beat Quavo up?

Q:	No.   No.   They beat the jeweler up.

A:	Get the fuck outta here.

Q:	Yeah.   There was a report filed, and, ah, that's all over the news and stuff now.
	So since you've been out here where do you record out here?

A:	Um, like the Palms.

Q:	The one behind the Palms on Nivso?

A:	No.   Is it, in, there's a studio inside the Palms.

Q:	In, inside the Palms.

A:	Yeah.

Q:	_____.

044

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
# VOLUNTARY STATEMENT
PAGE 15

EVENT#:  180201-3131
STATEMENT OF:  CEMONE LEWIS

A: And then like, my little, you know, like people that got studios in they houses. _____ like I've been there, but I don't really be like going to places where everybody gonna be at _____.

Q: What about Parlay behind the Palms?

A: No.  I ain't, I ain't even know it was a studio behind the Palms.

Q: And I heard something this week.  You signed with Floydstein?

A: That shit ain't...

Q: Who put that out?

A: That shit ain't what they think it is, but...

Q: What's up with those guys _____?

A: I mean, you know, I fucked with 'em, holler at 'em and shit, but you know what I'm saying.  He ain't gave me no paper, and if he did you know I wouldn't be in this Infiniti.  I would be in (laughing)

Q: What was this last video you just put out this week?

A: What?

Q: The new one that just popped up on You Tube that came out a week ago?

A: Ah, out the mud?

Q: The other one.

A: Which one?

Q: Cardi truth or whatever it's called.

A: Oh, that came out...

045

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
**VOLUNTARY STATEMENT**
PAGE 16

EVENT#:  180201-3131
STATEMENT OF:  CEMONE LEWIS

Q: _____

A: ..._____.  That came out a couple weeks ago.

Q: Ah, where'd you film that at?

A: Um, in some apartments over there.

Q: Over here in Vegas?

A: Yeah.

Q: Where at?

A: Like, um, I forgot the name of them apartments.  They over there like on Twain and Swenson _____.

Q: _____.

A: Like right there, yeah.

Q: I know you've been down over by like Dumont and stuff like that, right?

A: How did you know that?  (laughs) _____ mother fuckers.

Q: I know these things, man.

A: That is, it's crazy.

Q: What about down off of Charleston?

A: On Charleston?

Q: East Charleston at the Sunset Apartments.

A: Sunset Apartments?

Q: Yeah.

A: I don't know what the Sunset _____

046

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
## VOLUNTARY STATEMENT
PAGE 17

EVENT#:   180201-3131
STATEMENT OF:   CEMONE LEWIS

Q:   What, what's down on, ah, Dumont.   You got people down over there?

A:   Yeah.

Q:   I'm just, I worked that area for ten years, and that area is like...

A:   _____.

Q:   ...a melting...yeah.   It's, I think it's the hottest spot in Vegas, you know.

A:   It is.

Q:   And it's, you know, you _____.

A:   Honestly, to tell you the truth on Jesus Christ I don't even like, you know what I'm
     saying _____ me and my, my lady and shit broke up or whatever, separated
     or whatever.

Q:   There's Mexicans, there's Bloods, there's Crips, there's Hoovers, there's GD's.

A:   I hate that area.

Q:   Pea stones.

A:   That mother fucker look like Chicago.

Q:   The GD's.   I mean you name it, everybody's kind a there doing there _____.

A:   But like I stay to myself, though, brother like you know what I'm saying.   The
     people I mess with is people that I know from back home like I don't really involve
     myself into...

Q:   Okay.

A:   ...what they got going on out here.   Like we don't have Bloods and Crips and shit
     in Chicago, so a lot of these niggas be Bloods and Crips, and all that shit, and I'll

047

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
## VOLUNTARY STATEMENT
### PAGE 18

EVENT#: 180201-3131
STATEMENT OF: CEMONE LEWIS

be like, man, look. You know what I'm saying. I was raised different. I don't really know about y'all _____, you know what I'm saying, so I don't really be involved to what they got going on out here.

Q: Well, I know you did tracks too with , with who out here? Cass P?

A: Yeah.

Q: Cass is a 60, right?

A: I think. I don't know. That's what I'm saying. I don't really pay attention. I, you know what I'm saying. He paid me for a feature. That was it. I ain't got nothing to do with...

Q: Okay.

A: ...what he got going on _____.

Q: How much did he pay you for that?

A: Like a thousand dollars.

Q: All right. Um, you have beef with any local cats out here?

A: I don't got no problems with none of these people out here.

Q: So why you rolling with a gun?

A: 'Cause I mean, you know, I'm high profile _____. Niggas be out here talking shit, you know what I'm saying. Doing all type of shit, but...

Q: Just to protect yourself?

A: Yeah. _____.

Q: What's up with the mask?

048

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
## VOLUNTARY STATEMENT
### PAGE 19

EVENT#:  180201-3131
STATEMENT OF:  CEMONE LEWIS

A:    Man, that shit from Halloween.

Q:    I'm just asking.

A:    _____.

Q:    You know, like, _____ we get guys with a, with a mask and gloves, and a gun, you know they're out _____.

A:    Ain't no gloves or none of that shit in there.

Q:    Makes us...no.  I'm just saying (laughs).  I'm just giving you an example, you know.

A:    Yeah.  But I ain't gotta rob nobody, do none of that shit...

Q:    Sure.

A:    ...like _____ somebody with my MO.  That shit's bad luck.

Q:    Where did you get...

A:    I've never been the _____.

Q:    Where did you get this gun from?

A:    _____.

Q:    Who's that?

A:    Kayla.

Q:    Kayla.  What's her last name?

A:    _____.

Q:    She bought it?

A:    Yep.

049

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
**VOLUNTARY STATEMENT**
PAGE 20

EVENT#:   180201-3131
STATEMENT OF:   CEMONE LEWIS

Q:    Where at?

A:    Um, I, I forgot the name of that gun store.

Q:    What kind a gun is it?

A:    .380.

Q:    You know who makes it?

A:    Ah, Ruger I think.

Q:    And you haven't been with her you said for, she's pregnant with your kid, but you don't know where she's at?

A:    Yeah.   _____ we been separated for like two, three weeks really.

Q:    All right.   She have any other guns that she bought that you got?

A:    No.   I ain't got nothing.

Q:    What about all the stuff on social media with the AK's, and...

A:    That shit old.

Q:    Oh, is that from Chicago or out here?

A:    _____.   That's from Chicago.   The AK, that shit, man, I was a kid.   That shit ten years ago.

Q:    Okay.

A:    _____.

Q:    But I mean, you see where we're coming from, you get the gun.   Where was the gun on you today when they got it?   In your underwear or something?

A:    Mmm hmm.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
## VOLUNTARY STATEMENT
PAGE 21

EVENT#:  180201-3131
STATEMENT OF:   CEMONE LEWIS

Q:    You can't be rolling around with a gun.  Right?  You're ex felon.  Can't touch a

      gun.  Be near a gun.  And that's kind a where we're at with that.

A:    Mmm hmm.

Q:    Um, so you say you don't own no more guns?

A:    Mmm mmm.

Q:    What's up with the, ah, I mentioned this to you earlier.  The other dude from, ah,

      Chicago, Breezy _____.  He's a, a Black Disciple?

A:    Yeah.  He in jail.

Q:    For what?

A:    I don't know.

Q:    You crossed paths with him.  Where was that out here?

A:    Planet Hollywood.

Q:    In the Miracle Miles?

A:    Yeah.

Q:    So he's a GD.  You're a BD.  Both from Chicago.  You never met in Chicago

      you said?  Like you didn't know each other like that?

A:    No.  Like half of them niggas that be rapping shit like _____.  Chicago's so

      big so you don't really, you know what I'm saying.

Q:    Sure.  What's the beef with you and him?  Is it just...

A:    I don't have no problem with him.  That shit _____.

Q:    He got a problem with you, or...

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
**VOLUNTARY STATEMENT**
PAGE 22

EVENT#:  180201-3131
STATEMENT OF:  CEMONE LEWIS

A:      No.

Q:      _____.

A:      _____ would have been...

Q:      He was cool.

A:      That, that video would a been a mother fucker got beat up.   Yeah.   He was cool.
        Yeah.   You know what I'm saying, but I ain't had no problem with him.   He ain't
        had no problem with us, so it was really like _____ being grown about it, and
        talked about the situation.

Q:      _____ 'cause some of the guys that work down here on the Strip they stopped
        a dude at the Fashion Show maybe a couple of months ago that was cool with
        Little Dirk, and he raps with Little Dirk.

A:      Oh, Snap Dog?

Q:      Is that his name?

A:      He was out here, yeah, a couple months ago.

Q:      You know, so they are, ah, they're 300's right?

A:      Yeah.

Q:      Who's, ah, and then, I mean they had a lot of casualties on their side, right?   His
        cous-cousin Nu Nu got killed, right?

A:      Yeah.   A lot of 'em _____ get killed.

Q:      Capo.   Who else...

A:      _____.

052

Case 2:18-cr-00055-APG-GWF Document 28-6 Filed 07/19/18 Page 24 of 29

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
**VOLUNTARY STATEMENT**
PAGE 23

EVENT#: 180201-3131
STATEMENT OF: CEMONE LEWIS

Q: ...that was high profile?

A: Ah, it's too many people to name.  It's a lot of 'em.

Q: Um...

A: People die for both sides. _____.

Q: And then what about, what about the 600's?  Do they, they get along with the 300's?

A: I mean they, you know what I'm saying.  That's, that's they side like _____, you know what I'm saying.

Q: Any 600's out here?

A: No. _____.

Q: No?

A: Don't nobody stay out here.

Q: Okay.

A: None of them guys _____.  _____ you know what I'm saying, the only person from like that, that has something do with that type of shit, they live out here.

Q: Well, who do you know back over here in the Vistas by Sierra Vista and Cambridge?  Some old school GD's or...?

A: No.  I don't, hell nah.  I don't even be in, that's what I'm saying _____. _____ really see no GD's and stuff out here.  If they do they, you know what I'm saying, to theyself. _____ out here trying to make friends and shit.

053

Voluntary Statement-No Affirmation~ ISD/Word 07

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
**VOLUNTARY STATEMENT**
PAGE 24

EVENT#:  180201-3131
STATEMENT OF:  CEMONE LEWIS

Q:   Okay.

A:   But you know so many people like you go _____ many people talk crazy like we gonna kill _____ woo, woo, every day the shit out here every single day. So I be like you know what I'm saying?   I don't be out here messing with nobody, know what I'm saying.   I don't know.

Q:   You kind a stay to yourself then?

A:   Yeah.

Q:   What about the, the people you run with?   Who are the dudes that were with you the other night in the Cromwell when you got trespassed?

A:   Ah, couple of my partners.   But I be _____, you know what I'm saying.

Q:   Yeah.

A:   They ain't...

Q:   Are they from out here or from Chicago?

A:   From Chicago.

Q:   They GD as well?

A:   No.   _____ I'm saying don't nobody even be gang banging like that, bro.   That shit, nobody be gang banging, bro.   I'd rather be around my fellas.   You _____ see me around my _____ that's really on they business, and you know what I'm saying.   _____.

Q:   Well, I saw an-I saw another video with, with Montana 600 in there.   So you cool with them, right?

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
## VOLUNTARY STATEMENT
PAGE 25

EVENT#:  180201-3131
STATEMENT OF:  CEMONE LEWIS

A:   Montana 300?   Yeah, but he ain't, he ain't, that's, they think that...that's too different, you know what I'm saying.   He been screaming 300 _____ like he not _____.

Q:   He's not?

A:   No.

Q:   Who's the other dude that just died in LA from the, from the _____, from the seizure?

A:   Fredo.

Q:   Fredo.   You were cool.   He was 300, right?

A:   Yeah.

Q:   And you were cool with him?

A:   No.   I wasn't cool with him, but _____, know what I'm saying.

Q:   _____.

A:   He's on his grown man shit, like he ain't bother nobody, know what I'm saying.

Q:   He's _____.

A:   _____ he moved to the West Coast and stayed in his own lane.

Q:   He's part of Chief Keef's lable?

A:   Yeah.

Q:   So the stuff I saw you were cool about it.   Your condolences and this and that. Who was the dude that was with you that, that said fuck Fredo?

A:   Little hot head mother fucker that came _____ from Chicago?

055

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
**VOLUNTARY STATEMENT**
PAGE 26

EVENT#:  180201-3131
STATEMENT OF:  CEMONE LEWIS

Q:     Who?

A:     Named John.

Q:     What do they call him?

A:     They call him John.

Q:     That's it?

A:     Yep.

Q:     Is that gonna start some kind a static from him disrespecting Fredo like that?

A:     Well I'm saying they be talking crazy on the internet, but you know what I'm saying.
       That shit ain't...I really don't be paying that shit no attention.   I just be _____.

Q:     No.   But that was up, that, that, that little clip was up, and then it was taken right
       down.   And now there's _____ you know he's gonna send some goons out
       you know.

A:     Right.

Q:     Have you heard anything about that?   Like you worried about that?

A:     No.   I'm saying I seent it on the internet, but, you know what I'm saying?
       _____.   They be acting like mother fuckers really have power or something
       just send a mother fucker out like you know.

Q:     You're not worried about it?   And what about that dude?   I mean they catch that
       dude back in Chicago _____.

A:     Who?

Q:     John.

Voluntary Statement No Affirmation~ ISD/Word 07

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
## VOLUNTARY STATEMENT
PAGE 27

EVENT#:  180201-3131
STATEMENT OF:  CEMONE LEWIS

A:  Man, he not even know known factor like that like his face not known to nobody, so.

Q:  But yours is.  You know what I mean, and he you're in the video with him, that's why it was up and it was down.  Right?  It was on your Twitter or whatever it was on.  What was it on?

A:  It was up.  I don't know why they keep talking about it was down.  It, it deletes the next day.

Q:  Does it?

A:  _____.

Q:  All right.  You have anything Schnuelle?

Q2:  Yeah.  Just _____ real quick.  Um, Detective Brigandi might have already covered it, but you said that the gun that you had, um, that was Kayla's, right?

A:  Yeah.

Q2:  Where did she get that?

A:  I don't know.  From _____.

Q2:  And, ah, when's, when's the last time that she had it?

A:  Mmm, I don't know.

Q2:  Have you, have you had it for the couple months since she's got it?

A:  No.  She usually has it like she usually be wigging, so know what I'm saying.

Q2:  Yeah.  When was about the last time she did have it?  Any idea?

A:  Mmm, no.  Not really.

057

**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
**VOLUNTARY STATEMENT**
**PAGE 28**

EVENT#:   180201-3131
STATEMENT OF:   CEMONE LEWIS

Q2:   All right.   That's it.

Q:   All right.   You have anything else you wanna add, Cemone?   Operator, this ends

the taped interview with Cemone Lewis.   The time is 1858 hours.

---

**THIS VOLUNTARY STATEMENT WAS COMPLETED AT ON THE DAY OF , 2018, AT 1858 HOURS.**

**NB:jc**