# EXHIBIT H

# EXHIBIT H

```
DATE: 2/2/2018                                                    NEC41121947059
TIME: 0104
ARREST              LVMPD DETENTION SERVICES DIVISION
                              BOOKING VOUCHER

ID#: 7050901           DUI: N            DNA: Y        KIT #: NV0324712
================================================================================
NAME: LEWIS, CEMONE C                       DOB: 02/25/1990    SSN: 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
  SEX: M      RACE: B     ETH: U    AGE: 27  HGT: 604          WGT: 245
  POB: IL - CHICAGO                          HAIR: BLK          EYES: BRO
  AKA: LEWIS, CEMONE C                                  A-NUMBER:
RES ADDR: 370 E HARMON  #D117  LAS VEGAS, NV  99999
================================================================================
   ARREST: 02/01/2018 1657   P#: 15484    OFFICER: NAHUM, EDGAR MORALES
   BOOKING: 02/02/2018 0100  SB: M3       AGENCY: LAS VEGAS METRO PD

JURISDICTIONS:  JC

CNT       CHARGE    LITERAL

COURT: JUSTICE COURT LV
  1   51460  OWN/POSS GUN BY PROHIBIT PERS                    NRS: 202.360.1
        OTHER/MISC:
           PCN#: 25732894   PCN SEQ: 001
           TYPE: PROBABLE CAUSE   BAIL STAT: STANDARD BAIL
           EVENT: 1802013131      AMT: 5000.00

  2   51459  CARRY CONCEAL WEAPON W/O PRMT                    NRS: 202.350.1D
        OTHER/MISC:
           PCN#: 25732894   PCN SEQ: 002
           TYPE: PROBABLE CAUSE   BAIL STAT: STANDARD BAIL
           EVENT: 1802013131      AMT: 5000.00

  3   56759  FAIL BY CONV PERS TO COMPLY W/ NRS 179C REQS     NRS: COUNTY
        OTHER/MISC:
           PCN#: 25732894   PCN SEQ: 003
           TYPE: PROBABLE CAUSE   BAIL STAT: STANDARD BAIL
           EVENT: 1802013131      AMT: 1000.00

  4   53926  PARK IN HANDICAP SPACE, (1ST)                    NRS: 484B.467
        OTHER/MISC:
           PCN#: 25732894   PCN SEQ: 004
           TYPE: PROBABLE CAUSE   BAIL STAT: STANDARD BAIL
           EVENT: 1802013131      AMT: 1000.00


AKAS and ALIASES:
   LEWIS, CEMONE C

SSN'S:
   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

DOB'S:
   02/25/1990


K16830D
LVSINS Version: 4.3.1.1
```