RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
MARGARET W. LAMBROSE
Assistant Federal Public Defender
Nevada State Bar No. 11626
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Maggie_lambrose@fd.org

Attorney for Cemone Champagne Lewis

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>    v.<br><br>CEMONE CHAMPAGNE LEWIS,<br><br>       Defendant. | Case No. 2:18-cr-055-APG-GWF<br><br>**STIPULATION TO RESCIND PRE-PLEA PRESENTENCING INVESTIGATION REPORT** |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Phillip N. Smith, Jr., Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Margaret W. Lambrose, Assistant Federal Public Defender, counsel for Cemone Champagne Lewis, that the Pre-Plea Presentencing Investigation Report is no longer necessary and thus the order granting the Pre-Plea Presentencing Investigation Report should be rescinded.

The Stipulation is entered into for the following reasons:

1.      On June 15, 2018, the Court entered an order directing probation to prepare a Pre-Plea Presentencing Investigation Report in this matter. (ECF No. 20).

1          2.          On August 8, 2018, a Change of Plea Hearing was held and the parties entered

2    into a Plea Agreement rendering the need for a Pre-Plea Presentencing Investigation Report

3    moot. (ECF No. 36).   Thus, it is respectfully requested that the Court enter an order rescinding

4    the Pre-Plea Presentencing Investigation Report

5          3.          The parties agree to the stipulation.

6          DATED this 13th day of August, 2018.

7    RENE L. VALLADARES                        DAYLE ELIESON
     Federal Public Defender                      United States Attorney
8

9          */s/ Margaret W. Lambrose*                  */s/ Phillip N. Smith, Jr.*
     By_____      By_____
10
     MARGARET W. LAMBROSE                     PHILLIP N. SMITH, JR.
11   Assistant Federal Public Defender            Assistant United States Attorney

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

       Plaintiff,

   v.

CEMONE CHAMPAGNE LEWIS,

       Defendant.

Case No. 2:18-cr-055-APG-GWF

FINDINGS OF FACT, CONCLUSIONS
OF LAW AND ORDER

**FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1.    On June 15, 2018, the Court entered an order directing probation to prepare a Pre-Plea Presentencing Investigation Report in this matter. (ECF No. 20).

2.    On August 8, 2018, a Change of Plea Hearing was held and the parties entered into a Plea Agreement rendering the need for a Pre-Plea Presentencing Investigation Report moot. (ECF No. 36).   Thus, it is respectfully requested that the Court enter an order rescinding the Pre-Plea Presentencing Investigation Report

3.    The parties agree to the stipulation.

**CONCLUSIONS OF LAW**

Good cause exists to rescind the order directing Probation to prepare a Pre-Plea Presentencing Investigation Report in this matter.

/ / /

/ / /

## **ORDER**

IT IS THEREFORE ORDERED that the Probation Department is no longer required to prepare a Pre-Plea Presentence Investigation Report on Cemone Champagne Lewis and the order granting the Pre-Plea Presentence Investigation Report is hereby rescinded.

Dated: August 16, 2018.

_____
UNITED STATES DISTRICT JUDGE