RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
MARGARET W. LAMBROSE
Assistant Federal Public Defender
Nevada State Bar No. 11626
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Maggie_Lambrose@fd.org

Attorney for Cemone Champagne Lewis

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-055-APG-GWF |
| Plaintiff, | **MOTION TO MODIFY PRETRIAL RELEASE CONDITIONS** |
| v. | |
| CEMONE CHAMPAGNE LEWIS, | |
| Defendant. | |

The defendant, Cemone Champagne Lewis, by and through his undersigned counsel, Margaret W. Lambrose, hereby requests this Court for a modification of his conditions of pretrial release pursuant to 18 U.S.C. 3142(c)(3) and 3145(a)(2) to remove the condition of home confinement and GPS location monitoring.

DATED this 9th day of Otober, 2018.

                                            RENE L. VALLADARES
                                            Federal Public Defender

By:  */s/ Margaret W. Lambrose*
        MARGARET W. LAMBROSE
        Assistant Federal Public Defender
        Attorney for Cemone Champagne Lewis

## **LEGAL ARGUMENT**

On August 8, 2018, this Court released Mr. Lewis on bond under Pretrial Services supervision with certain conditions. [ECF 37]. Among those conditions, this Court placed Mr. Lewis on home confinement and GPS location monitoring. However, at that time, this Court informed Mr. Lewis that if he was successful with home confinement and GPS location monitoring for a term of 30 days, Mr. Lewis could request removal of those conditions.

Mr. Lewis has been fully compliant since he last appeared before this Court over 30 days ago and thus he requests to have these conditions removed.

Pretrial Services Officer Kuipers does not oppose the modification. Counsel for the government also has no opposition to the modification.

DATED this 9th day of October, 2018.

                                          RENE L. VALLADARES
                                        Federal Public Defender

                               By:  */s/ Margaret W. Lambrose*
                                        MARGARET W. LAMBROSE
                                        Assistant Federal Public Defender
                                        Attorney for Cemone Champagne Lewis

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that she is an employee of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on October 9, 2018, she served an electronic copy of the above and foregoing **Motion to Modify Pretrial Release Conditions** by electronic service (ECF) to the person named below:

> DAYLE ELIESON
> United States Attorney
> PHILLIP N. SMITH, JR.
> Assistant United States Attorney
> 501 Las Vegas Blvd. South
> Suite 1100
> Las Vegas, NV 89101

*/s/ Stephanie Young*
Employee of the Federal Public Defender

3