CASE # 2:18-CR-055-APG-GWF       DEC. 5. 2018

Dear Judge Andrew P. Gordon

I'm writtin Because I'm stuck on new charges in CCDC my girlfriend dropped the charges But I'm still Here I would like to Be moved BACK Pahrump so I can fight my cases I'm not takin a deal over Here so I'm just gone to Be sittin Here they have me lockd up in 23 and 1 I never come out to use the phone or anything they treat us like animals in Here can yall please move me BACK Pahrump so I can fight my case Maggie Lambrose Let me sign a deal and didnt explain the in Betweens like if I catch another case my deal is off the table my 2 point exceptens will Be gone and then they can give me what they want I got charges on me that I didnt do on my love one's its not fair I was set up I'm innocent even on my case over there I was voided of my Rights 4th 5th 6th admendments the cops talked to me like I was a dog on the streets I'm askin can I please Be Brung BACK to the federal system and get all this Jooken care of I'm not takin no time Here so I will Be just sittin Here you let me out I was out takin care of my music and kids then soon you let me off house arrest I'm BACK Here I was set up please Help me out and Help me thank you.



Lemone Lewis 7050901
Clark County Detention Center
330 S Casino Center Blvd
Las Vegas, NV 89101

333

Legal Mail

Judge
Andrew P. Gordon
333 Las Vegas Blvd
Las Vegas NV 89101

