CASE # 2:18-CT-055-APG-GWF

Dec 5th 2018   Dear Judge Foley

Hi Judge I'm writin because I'm locked in CCdC on new false charges and its like I was set up while out on pretrial my girl-friend Dropped the charges But I'm still here I'm not takin no Deal on no case I'm a go to trial But the reason I'm writin is Because I still have a case over in your court I'm askin if yall can please come get me in take me BACK into yall cusdoy please they have me in 23 in 1 cant use the phone to talk to family or my Lawyer or anything please can yall take me BACK to pahrump so I can do my time and Be able to fight my cases I have Been tricked into a deal that wasnt no good I put a suppresion motion in and you granted it the next day the Lawyer I had told me I wasnt gone win Because my Judge was a 70 year old white moran man that was goin to Judge me off How I look So I took a deal of time served But in that deal it had things that she never (maggie Lombroso) explained like if I get locked up for anything my deal is off the table my 2 point excepts is gone and they can give me what they want its not fair when I was violated in my rights 4th 5th and 6th admentments please help me Judge Foley thank you

Lemone Lewis 7050901
Clark County Detention Center
330 S Casino Center Blvd
Las Vegas, NV 89101

Judge Foley
333
200 Las Vegas Blvd
Las Vegas NV 89101

89101-571900

Legal Mail
Las Vegas NV 890
12 DECEMBER 2018

Barn Swallow