AO 442   (Rev. 10/03)   Warrant for Arrest

# UNITED STATES DISTRICT COURT
District of Nevada

10520026

UNITED STATES OF AMERICA

V.

Cemone Lewis

## WARRANT FOR ARREST

Case Number: 2:18-CR-00055-APG-GWF

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   Cemone Lewis
                                      Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

| Indictment | Information | Complaint | Order of court | Probation Violation Petition | Supervised Release Violation Petition | Violation Notice |
|---|---|---|---|---|---|---|
|  |  |  |  |  | x |  |

charging him or her with   (brief description of offense)

Petition for Action on Conditions of Pretrial Release

in violation of Title   18   United States Code, Section(s)   3148(b)

DEBRA K. KEMPI                              11/14/2018 Las Vegas, NV
CLERK                                       DATE
(By) DEPUTY CLERK

FILED ENTERED
COUNSEL/PARTIES OF RECORD SERVED ON
FEB 28 2019
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:                                    DEPUTY

## RETURN
This warrant was received and executed with the arrest of the above-named defendant at   LAS VEGAS, NV

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 11/14/2018 | | |
| DATE OF ARREST | | |
| 2/22/2019 | NB For USMS | |

AO 442   (Rev. 12/85) Warrant for Arrest