Cemone Lewis        8-3-19

I'm writing because I was sentenced by yall to 21 months consecutive after I signed a deal for time served Then I was sentenced to 18 to 60 months state case I was supposed to be released Sep. 6, 2019 But now the state of Nevada prisons denied my Board so now my out date not till Jan 2021 I'm asking yall to please run my time together so I can get out to my family ASAP or please be sent back into federal custody please I can not program here or go to camp because The feds have a hold on me so I'm just sitting here losing days I'm sorry for my crimes and I'm here trying to better myself and become a better person I have 4 kids on Them streets that really need me I'm they only support system I'm begging yall to please run my 21 months with my 18 to 60 months so I can do my time and go home to my family I can't work school or no program in state custody with a federal hold please help me please and Thanks

To Judge
Andrew P. gordon

FILED ___ ENTERED ___ RECEIVED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

AUG 21 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

INMATE REQUEST FOR FINAL DISPOSITION OF CHARGES FOR

WARRANTS AND/OR TRAFFIC VIOLATIONS

WITHIN THE STATE OF: **Nevada**

TO: **Clerk, U.S District Court District of Nevada Lloyd D. George U.S Court House 333 Las Vegas Blvd South Las Vegas NV 89101**

SUBJECT: Pending charges on Nevada Department of Corrections Inmates.
**felon in possession of firearm**

The below named inmate requested that we determine whether he/she has any outstanding charges in your Court. If he/she has, he/she would like to resolve them, so that they will not continue to affect his/her rehabilitation program.

INMATE'S NAME: **Cemone Lewis**   NDOC NO.: **1214309**

AKA(S): **Cemone**

SOCIAL SECURITY NO: **███-██-9366**   D.O.B.: **[redacted]**

TYPE OF COMPLAINT: **Criminal Complaint**

CITATION/CASE NO.: **2:18-cr-00055-APG-GWF**

DATE OF INCIDENT: **2-1-18**   CITY: **Las Vegas**   STATE: **NV**

LOCATION OF INCIDENT: **Las Vegas, NV**

POSSIBLE RESOLUTIONS

____ I AGREE TO PLEAD GUILTY IN EXCHANGE FOR MY IMPOSED SENTENCE AND/OR FINES TO BE CONVERTED TO JAIL TIME AND THAT SAID JAIL TIME BE RUN AS TIME SERVED WITH MY PRESENT NEVADA PRISON SENTENCE

OR

**X** I AGREE TO PLEAD GUILTY IN EXCHANGE FOR MY IMPOSED SENTENCE AND/OR FINES TO BE CONVERTED TO JAIL TIME AND THAT SAID JAIL TIME BE RUN AS CONCURRENT WITH MY PRESENT NEVADA PRISON SENTENCE

_____   **8-3-19**
INMATE SIGNATURE           DATE

FORM DATE: 8/29/2006

Lemone Lewis
#12143509
PO box 208
Indian Springs, NV
89070

LAS VEGAS NV 890
20 AUG 2019 PM 5 L

FILED _____ ENTERED
_____ RECEIVED _____
COUNSEL/PARTIES OF RECORD

AUG 21 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____

Clerk US District court
Lloyd D. George US court House
333 LasVegas Blvd South, Las Vegas
NV 89101

89101-706934