# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:18-cr-055-APG-GWF |
| Plaintiff | **Order Denying Motion for Adjustment of Time Credit** |
| v. | [ECF No. 66] |
| CEMONE CHAMPAGNE LEWIS, | |
| Defendant | |

Defendant Cemone Champagne Lewis asks that I order the Bureau of Prisons (BoP) to adjust the time credits he will receive once he goes into federal custody. ECF No. 66. Because Lewis is in state custody, the BoP has not yet calculated the time remaining on his federal sentence. Thus, his motion is premature.

If Lewis later disagrees with the BoP's eventual calculation of his time, he may file a petition under 28 U.S.C. § 2241. *Tucker v. Carlson*, 925 F.2d 330, 332 (9th Cir. 1991). That petition must be filed in the district in which he is held in custody. *Rumsfeld v Padilla*, 542 U.S. 426, 442 (2004). And, Lewis may not file a 28 U.S.C. § 2241 petition until he exhausts his administrative remedies. *Tucker*, 925 F.2d at 332 ("Generally, a federal prisoner is required to exhaust his federal administrative remedies before filing a habeas petition."). Lewis has not yet exhausted his BoP administrative remedies regarding the calculation of his sentence, so his motion is defective for that reason as well.

IT IS THEREFORE ORDERED that defendant Lewis's motion **(ECF No. 66)** is **DENIED**.

DATED this 26th day of August, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE