# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:18-cr-055-APG-GWF |
| Plaintiff | **Order Denying Motion to Run Sentence Concurrent to State Sentence** |
| v. | |
| CEMONE CHAMPAGNE LEWIS, | [ECF No. 70] |
| Defendant | |

    I sentenced defendant Cemone Champagne Lewis to 21 months in prison, consecutive to the sentence that the Nevada state court would impose in a separate case. ECF No. 65 at 2. Mr. Lewis recently filed a letter—which I will construe as a motion—seeking to have his sentence altered so that it runs concurrent to the state court sentence. ECF No. 70. The only reason Mr. Lewis offers is that the Nevada prison system apparently denied his request for parole, so he will not be released from state custody until later than he originally hoped. *Id.* That is not a sufficient reason for me to reconsider my sentencing decision. While this may delay Mr. Lewis's return to his family, that is a risk he took when committing this crime.

    I THEREFORE ORDER that defendant Lewis's motion **(ECF No. 70) is DENIED**.

    DATED this 11th day of October, 2019.

                                      ANDREW P. GORDON
                                      UNITED STATES DISTRICT JUDGE