# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:18-cr-055-APG-GWF |
| Plaintiff | **Order Regarding Motion to Terminate Counsel** |
| v. | [ECF No. 69] |
| CEMONE CHAMPAGNE LEWIS, | |
| Defendant | |

Defendant Cemone Champagne Lewis filed a motion to terminate his counsel and to have counsel send him his file. ECF No. 69.  Lewis's counsel, Gabriel Grasso, has not responded to the motion.  Mr. Grasso is to file a response, if he has any, by October 25, 2019.

DATED this 11th day of October, 2019.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE