# UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

United States of America,

                Plaintiff,

   v.

Cemone Champagne Lewis,

                Defendant.

**JUDGMENT**

Case Number: 2:18-cr-00055-APG-GWF

(Related case: 2:20-cv-01073-APG)

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that defendant Cemone Champagne Lewis's motion under 28 U.S.C. § 2255 is denied.
A certificate of appealability granted.

3/9/2021
Date

DEBRA K. KEMPI
Clerk

/s/ M. Reyes
Deputy Clerk